IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RODNEY MITCHELL LUNDY, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 11-0018-CB-M |
| J. C. GILES, | : | |
| Respondent. | : | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DISMISSED as time-barred. It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 31st day of October, 2011.

s/*Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
UNITED STATES DISTRICT JUDGE